**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTONIO LYLES,

                            Plaintiff,                        22 **CIVIL** 1179 (GWG)

          -v-                                                     **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated March 23, 2023, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law

Judge will be instructed to offer the Plaintiff the opportunity for a new hearing, and issue a new

decision.

**Dated:**  New York, New York
           March 23, 2023

                                             **RUBY J. KRAJICK**

                                        _____
                                            **Clerk of Court**

                      **BY:**        K. mango

                                            _____
                                           **Deputy Clerk**